IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BIG WILL ENTERPRISES INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**SAFE APPS LIMITED,**<br><br>    Defendant. | Civil Action File No.: 2:24-cv-00214<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

There are no publicly held corporations that hold ten percent (10%) or more of Big Will Enterprises Inc.'s stock.

Respectfully Submitted,

This 4th day of June, 2024.          */s/ Brett T. Cooke*

Brett T. Cooke
Texas State Bar No. 24055343
Eureka Intellectual Property Law, PLLC
20507 Tamarron Drive
Humble, Texas 77346
Telephone: 832-287-7039
brett@eurekaiplaw.com

**ATTORNEY FOR PLAINTIFFS**